**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ROAQUE, an individual, | Case No.: 2:22-cv-01979-JCM-BNW |
| Plaintiff, | |
| vs. | |
| WALMART, INC., a foreign corporation; DOE MANAGERS I through X; DOE MAINTENANCE and/or INSPECTION EMPLOYEES or AGENTS I through X; DOES I through XX; ROE PROPERTY MANAGEMENT ENTITIES I through X; ROE MAINTENANCE and/or INSPECTION ENTITIES I through X; and ROE CORPORATIONS and/or ENTITIES I through XX, inclusive, | **STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MELINDA ROAQUE and Defendant WALMART, INC., by and through their respective counsel of record, that the claims asserted by Plaintiff MELINDA ROAQUE against Defendant WALMART, INC. be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 13th day of June, 2024.

HALL & EVANS, LLC.

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
Attorneys for *Defendant Walmart, Inc.*

DATED this 13th day of June, 2024.

PATERNOSTER LAW GROUP

/s/ Glenn A. Paternoster
GLENN A. PATERNOSTER, ESQ.
Nevada Bar No. 5452
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 654-1111
Facsimile: (702) 522-1522
glenn@paternosterlaw.com
*Attorneys for Plaintiff*

**ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

**IT IS SO ORDERED** June 17, 2024.

_____
U.S. DISTRICT JUDGE

Respectfully submitted by:

HALL & EVANS, LLC

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for WALMART, INC*